## Exhibit A
## Statement of Claim
## Plaintiff Johnny Max Oxyde

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 1/1/20 - 4/12/20 | 14.71 | 69.5 | $ 300.00 | $ 8.56 | $ 12.84 | $ 4,339.54 | $1,857.83 | $ 6,197.36 |
| 10/20/19 - 12/31/19 | 10.43 | | | | | $ 3,075.59 | $1,316.71 | $ 4,392.31 |
| 10/6/19 - 10/19/19 | 2.00 | 60.5 | | $ 8.46 | $ 12.69 | $ 423.66 | $ 252.52 | $ 676.18 |
| | | | | | | $ 7,838.79 | $3,427.06 | $11,265.85 |

Total Unpaid Minimum Wages[1] = $ 7,838.79
Total Unpaid Overtime Wages[1] = $ 3,427.06
Total Liquidated Damages[1] = $11,265.85
Total[1] = $22,531.70

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.