UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61361-civ-Valle

[Consent Case]

JOHNNY MAX OXYDE,

    Plaintiff,

v.

STAR PUPS, INC.,
DANIEL RUIZ,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JOHNNY MAX OXYDE, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement and are in the process of finalizing the written settlement agreement.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 9, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431
Email: ramirez@nklegal.com, klein@nklegal.com, amy@nklegal.com

*Attorneys for Defendants*